IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OVERLAND ARMORED EXPRESS OF OMAHA, Inc., | ) ) ) | 8:12CV317 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, an agency of the U.S.A., | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Based on the allegations contained in the Complaint, Plaintiff is a Nebraska corporation. (Filing No. 1 at CM/ECF pp. 1-2.) Plaintiff, acting through its President, Max E. Rupe, has filed its Complaint pro se. (*Id*. at CM/ECF pp. 6-8.) However, a corporation, partnership, or other legally created entity can appear in the federal courts of the United States only through licensed counsel. Rowland v. Cal. Men's Colony, 506 U.S. 194, 201–02 (1993).

IT IS THEREFORE ORDERED that:

1. Plaintiff must appear in this court through counsel. On or before November 30, 2012, any counsel retained by Plaintiff to represent its interests herein must file an entry of appearance in accordance with NEGenR 1.3(d). In the absence of the filing of a valid appearance by counsel, this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: November 30, 2012: deadline for entry of appearance of Plaintiff's counsel.

DATED this 20th day of November, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.