IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OVERLAND ARMORED EXPRESS OF OMAHA, Inc., | ) ) ) | 8:12CV317 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, an agency of the U.S.A., | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On November 20, 2012, the court entered a Memorandum and Order informing Plaintiff, acting through its President, Max E. Rupe, that a corporation could appear in this court only through licensed counsel. (Filing No. 7 at CM/ECF p. 1.) The court then directed Plaintiff to retain counsel and warned Plaintiff that if counsel failed to enter a valid appearance by November 30, 2012, this case would be dismissed without prejudice and without further notice. (*Id*.) Counsel has not entered an appearance on Plaintiff's behalf. (*See* Docket Sheet.) Accordingly,

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to comply with a court order.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 13th day of December, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.